# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1460

_____

| | | |
|---|---|---|
| Gabriel Wanaka, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Nebraska. |
| Child & Family Development | * | |
| Corporation, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: October 19, 2001
Filed: December 13, 2001

_____

Before BOWMAN, RICHARD S. ARNOLD, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Gabriel Wanaka appeals the order of the District Court[1] granting the motion of defendant Child & Family Development Corporation for summary judgment and dismissing Wanaka's employment-discrimination case. For reversal, Wanaka argues that numerous issues of fact preclude summary judgment and that the District Court erred in determining otherwise.

_____

[1]The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska.

Having carefully reviewed the briefs and record, we conclude that Wanaka's arguments lack merit and that the District Court was correct in granting summary judgment in favor of defendant and dismissing the case. For the reasons stated in the District Court's memorandum and order, the decision of the District Court is affirmed. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.